```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 18297
   DERRICK D BYRD
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-5770


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/05/2007 and was confirmed 12/18/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

      The case was dismissed after confirmation 04/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
WELLS FARGO MORTGAGE     CURRENT MORTG         .00            .00             .00
WELLS FARGO MORTGAGE     MORTGAGE ARRE         .00            .00             .00
AMERICAN EXPRESS BANK    UNSECURED         1357.81            .00             .00
AMERICAN EXPRESS         NOTICE ONLY     NOT FILED            .00             .00
AMERICREDIT FINANCIAL SV UNSECURED         6646.21            .00             .00
BENEFICIAL/HOUSEHOLD FIN NOTICE ONLY     NOT FILED            .00             .00
LAKE ANESTHESIA ASSOC    NOTICE ONLY     NOT FILED            .00             .00
SBC                      NOTICE ONLY     NOT FILED            .00             .00
FISHER & SHAPIRO         NOTICE ONLY     NOT FILED            .00             .00
HSBC                     NOTICE ONLY     NOT FILED            .00             .00
IL STATE DISBURSEMENT UN NOTICE ONLY     NOT FILED            .00             .00
NICOR GAS                UNSECURED         2517.35            .00             .00
WELLS FARGO HOME MORTGAG NOTICE ONLY     NOT FILED            .00             .00
RAE HINTON BELL          NOTICE ONLY     NOT FILED            .00             .00
AMERICREDIT FINANCIAL SV SECURED NOT I    4300.00             .00             .00
AMERICAN EXPRESS BANK    UNSECURED         2764.26            .00             .00
AMERICREDIT FINANCIAL SV NOTICE ONLY     NOT FILED            .00             .00
LEGAL HELPERS PC         DEBTOR ATTY      2,500.00                       1,872.00
TOM VAUGHN               TRUSTEE                                           128.00
DEBTOR REFUND            REFUND                                               .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                              2,000.00

PRIORITY                                                       .00
SECURED                                                        .00
UNSECURED                                                      .00
ADMINISTRATIVE                                            1,872.00
TRUSTEE COMPENSATION                                        128.00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 18297 DERRICK D BYRD
```

```
DEBTOR REFUND                                                          .00
                                        ----------------    ----------------
TOTALS                                          2,000.00            2,000.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
     Dated: 07/24/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```